**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:03CV218**

| | |
|---|---|
| **CARROLL MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **AMENDED JUDGMENT** |
| ) | |
| **CITY OF ASHEVILLE, NORTH** ) | |
| **CAROLINA; JAMES L. WESTBROOK,** ) | |
| **JR., in his official capacity as the City** ) | |
| **Manager of Asheville, North Carolina;** ) | |
| **and ASHEVILLE POLICE** ) | |
| **DEPARTMENT,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

     **THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals directing this Court to dismiss the Plaintiff's complaint. ***See, Moore v. City of Asheville, North Carolina*, 396 F.3d 385 (4th Cir. 2005).**

     For the reasons stated in the mandate of the Fourth Circuit, ***see, id*., at 397,**

     **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** in its entirety.

**Signed: June 1, 2005**

Lacy H. Thornburg
United States District Judge