# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:03CV218

| | |
|---|---|
| CARROLL MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **AMENDED JUDGMENT** |
| ) | |
| CITY OF ASHEVILLE, NORTH ) | |
| CAROLINA; JAMES L. ) | |
| WESTBROOK, JR., in his official ) | |
| capacity as the City Manager of ) | |
| Asheville, North Carolina; and ) | |
| ASHEVILLE POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals directing this Court to dismiss the Plaintiff's complaint. ***See, Moore v. City of Asheville, North Carolina***, **396 F.3d 385 (4th Cir.)**, ***cert. denied***, **2005 WL 2413957 (Oct. 3, 2005).**

For the reasons stated in the mandate of the Fourth Circuit, ***see, id*.**, at **397,**

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's complaint is hereby **DISMISSED** in its entirety.

**Signed: November 5, 2005**

Lacy H. Thornburg
United States District Judge